# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

In the Matter of the Personal Restraint of:

OSTAVO DAMON FEAZELL,

            Petitioner.

No. 52074-5-II

UNPUBLISHED OPINION

PRICE, J. — Ostavo Damon Feazell seeks relief from personal restraint imposed following his 1998 convictions for first degree murder, with a firearm enhancement, and second degree unlawful possession of a firearm, crimes he committed when he was 17 years old. Feazell argues that he is entitled to be resentenced under *State v. Houston-Sconiers*, 188 Wn.2d 1, 391 P.3d 409 (2017), *In re Pers. Restraint of Ali*, 196 Wn.2d 220, 474 P.3d 507 (2020), *cert. denied*, 141 S. Ct. 1754 (2021), and *In re Pers. Restraint of Domingo-Cornelio*, 196 Wn.2d 255, 474 P.3d 524 (2020), *cert. denied*, 141 S. Ct. 1753 (2021), so that the trial court can take into account his youthfulness at the time of his crimes. The State concedes that Feazell is entitled to resentencing. Accordingly, we grant Feazell's petition and remand his judgment and sentence to the trial court for resentencing.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

PRICE, J.

We concur:

GLASGOW, A.C.J.

WORSWICK, J.